IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Duane Shaw, <br><br> Plaintiff, <br><br> v. <br><br> University of Maryland, College Park, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civ. No. GLS 21-1986 <br> DKC 22-618 |

## ORDER CONSOLIDATING CASES

On April 20, 2023, the parties filed a Joint Status Report in the instant case ("*Shaw*"), in which they assert that this case should be consolidated with *Renibe v. University of Maryland College Park*, Civ. No. DKC 22-618 ("*Renibe*"). (ECF No. 54).

Upon consideration of the Joint Status Report and Fed R. Civ. P. 42(a)(2), and with the consent of the parties, it is this 24th day of April 2023 **ORDERED** that the instant case is consolidated with *Renibe* for all further proceedings with *Shaw*, Civ. No. 21-1986, designated as the lead case. The consolidated cases shall follow the Amended Scheduling Order, ECF No. 49, the Court issued in *Shaw*. The Clerk of the Court shall so consolidate the matters.

                              /s/
                    _____
                    The Honorable Gina L. Simms
                    United States Magistrate Judge