UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DUANE SHAW, *et al.* | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLS 21-1986 |
| UNIVERSITY OF MARYLAND, COLLEGE PARK, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REVISED JOINT VOIR DIRE**

Plaintiffs, Duane Shaw and Zenaki Renibe, and Defendant, the University of Maryland, through their undersigned counsel, request that this Court make the following statements and propound the following questions to the prospective jurors in this case on the voir dire:

Plaintiffs Duane Shaw and Zanaki Renibe allege that the University of Maryland discriminated against them on the basis of their race when it terminated them from their positions within the University's Division of Research, Center for Advanced Study of Language in November of 2018, and notified them of their terminations away from their normal worksites with a police officer present in the building.  The University contends that a lack of funding necessitated plaintiffs' terminations and that security concerns required the University to notify plaintiffs of their terminations in the manner it did.

The questions to you, members of the jury, on your voir dire, are as follows:

1.      This case concerns plaintiffs' terminations from the University of Maryland, College Park's Center for the Advanced Study of Language in November of 2018.  Is any member of the jury panel familiar with these allegations?

2.      Have you read in the newspapers, read on the internet, seen on television, or heard on the radio anything about this case, or any case involving similar allegations, or do you have any knowledge of the facts or events of the case, or any case involving similar allegations?

3.      Have you read any news article, seen any televised news reports, or heard any broadcast news report concerning the terminations at the University of Maryland in November of 2018. If so, have you formed any opinions with regard to these terminations?

4.      Does any member of the jury panel know Duane Shaw or Zenaki Renibe, who are the plaintiffs in this case?

5.      Plaintiffs are represented by David Branch, of the Law Offices of David A. Branch and Associates. The University is represented by Assistant Attorneys General Patrick Sheridan and Alyson Sandul of the Maryland Office of the Attorney General. Do you know any of these attorneys? Have any of them or anyone in their office ever represented you or brought an action against you?

6.      Does any member of the jury panel know any of the following individuals, who may be called as witnesses by plaintiffs in this case?

      a. Katja Thomas

      b. Dr. Paul Singh Pardeep

      c. John Farley

      d. John Romano

      e. Aye Vines

      f. William Braniff

      g. Steven Fetter

      h. Laurie Locascio

   i. Natasha Shaw

   j. Marcia Jones

   k. Joseph Lindsey

   l. Monique Anderson

   m. Crystal Umaru

   n. Stan V. Smith, PhD

7. Does any member of the jury panel know any of the following individuals, who may be called as witnesses by defendant in this case?

   a. Rashel Byrd

   b. Paul F. White. PhD

8. Does any member of the jury panel have any preconceived objections to, or any preconceived opinions in favor of, or any bias or prejudice in favor of or against, a suit in which the University of Maryland is sought to be held liable in damages for discrimination alleged by the plaintiffs that would prevent you from fairly and impartially deciding such a case?

9. This trial is expected to last for five days. Is there anything about the length or scheduling of the trial that would interfere with your ability to serve?

10. Do you have any medical, personal, or financial problem that would prevent you from serving on this jury?

11. Have you or any family member ever filed a claim or lawsuit for discrimination?

12. Has anyone ever filed a claim or lawsuit for discrimination against you or a member of your family?

13. A plaintiff is a person or entity who has initiated a lawsuit. Do you have a bias for or against a plaintiff simply because he or she has brought a lawsuit?

14. A defendant is a person or entity against whom a lawsuit has been brought. Do you have a bias for or against a defendant simply because a lawsuit has been brought against him or her?

15. The defendant is a University and an instrumentality of the State of Maryland. Under the law, the University is entitled to be treated the same as anyone else and the same as a private individual. Do you have any difficulty in accepting that principle?

16. Based on what I have told you, is there anything about this case or the nature of the claim itself that would interfere with your ability to be fair and impartial and to apply the law as instructed by the court?

17. Have you or any family member ever been an employee of a university or any government agency?

18. Have you or any family member ever been laid off, terminated, discharged, or furloughed from a job?

19. Have you or any family member ever been discriminated against because of your race, sex, religion, sexual orientation, disability, or for any other reason?

20. Have you ever served on a trial jury before today, here in Maryland or in any other state or federal court?

21. Is there anything else that you feel is important for the parties in this case to know about?

Respectfully submitted,

ANTHONY G. BROWN
ATTORNEY GENERAL OF MARYLAND


/s/ *Patrick D. Sheridan*
Patrick D. Sheridan  (Bar No. 27009)
Alyson K. Sandul (Bar No. 20827)
Assistant Attorneys General
Higher Education Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Phone: (410) 576-6320
Fax: (410) 576-6437
psheridan@oag.state.md.us

*Counsel for Defendant*


*/s/ David A. Branch*
David A. Branch (Bar No. 22862)
Law Office of David A. Branch & Associates, PLLC
1828 L Street, NW
Suite 820
Washington, D.C. 20036
Phone: (202) 785-2805
Fax: (202) 785-0289
davidbranch@branchlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 2, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notice of electronic filing of all counsel of record.

/s/ *Patrick D. Sheridan*
Patrick D. Sheridan
